UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA W. HORN,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIS US, INC., A MANPOWER BRAND COMPANY,<br><br>    Defendant. | No. 2:20-cv-00212-JAM-CKD<br><br><br><u>ORDER</u> |

    On August 21, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff timely filed objections. The magistrate judge reviewed the objections and determined that they were without merit.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Good cause appearing, the court concludes that it is appropriate to adopt the proposed findings and recommendations in full.

    Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations (ECF No. 27) are adopted in full;

2. Defendant's motion for judgment on the pleadings (ECF No. 19) is granted;

3. Judgment is entered in favor of defendant; and

4. The Clerk of Court is directed to close this case.

DATED: October 6, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE